# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
       Plaintiff    )    CRIMINAL NO. _07mj2532_
                )
                )    ORDER
       vs.    )
Jorge Alberto Lugos-Cisneros    )    RELEASING MATERIAL WITNESS
                )    Booking No. 02902298
       Defendant(s)    )
_____)

On order of the United States District/Magistrate Judge, **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Luis Alberto Castro-Benavides

DATED: ___11/2/07___

RECEIVED _____
           DUSM

_____**Barbara Lynn Major**_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk
by _____
           Deputy Clerk