UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> Jorge Alberto Lugos-Cisneros <br><br> Defendant(s) | CRIMINAL NO. 07mj2532 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 02902298 |

On order of the United States District/Magistrate Judge,   **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jesus Benavidez-Ayala

DATED: 11/2/07

RECEIVED _____
                DUSM

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
            **Barbara Lynn Major**

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
         Deputy Clerk