Marc X. Carlos
California State Bar No. 132987
**BARDSLEY & CARLOS L.L.P.**
424 "F" Street, Suite A
San Diego, CA  92101
Telephone: (619) 702-3226
Facsimile:   (619) 702-5415

Attorneys for Defendant
ALBERTO LUGOS-CISNEROS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　Plaintiff, 　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　v. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　 )<br>ALBERTO LUGOS-CISNEROS, 　　)<br>　　　　　　　　　　　　　　　　 )<br>　　　　　Defendant. 　　　　　　 )<br>_____) | CASE NO.:　07CR3025-H<br><br>DATE:　DECEMBER 17, 2007<br>TIME:　2:00 P.M.<br><br>**NOTICE OF MOTION AND MOTIONS:**<br><br>1.　TO COMPEL DISCOVERY;<br>2.　LEAVE TO FILE ADDITIONAL<br>　　MOTIONS. |

TO: **KAREN P. HEWITT, UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on the date and time indicated above, or as soon thereafter as counsel may be heard, the defendant, ALBERTO LUGOS-CISNEROS, through his attorney Marc X. Carlos, will bring the below listed motions.

///

///

///

///

///

///

07CR3025-H

**MOTIONS**

The defendant, ALBERTO LUGOS-CISNEROS, through his counsel, Marc X. Carlos, hereby moves this Court to:

1) COMPEL DISCOVERY;

2) GRANT LEAVE TO FILE ADDITIONAL MOTIONS.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and the memorandum of points and authorities, the records in the above-entitled cause, and any and all further matters that may be brought to the Court's attention in the hearing on these motions.

Respectfully submitted,

Dated: November 20, 2007

s/ Marc X. Carlos
Marc X. Carlos
Attorney for Defendant
ALBERTO LUGOS-CISNEROS