**CERTIFICATE OF SERVICE**

<u>**U.S. v. ALBERTO LUGOS-CISNEROS**</u>
**Case No. 07CR3025-H**

Counsel for Defendant ALBERTO LUGOS-CISNEROS hereby certifies that on this date copies of Notice of Motion and Motion to Compel Discovery and Grant Leave to File Additional Motions was served electronically upon the following attorney:

AUSA, Rebecca Kanter

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 20, 2007, at San Diego, California.

s/ Marc X. Carlos<br>
Marc X. Carlos