## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JORGE ALBERTO LUGOS CISNEROS,<br><br>　　　　Defendants. | Case No.: 07 CR 3025 H<br><br>STIPULATION FOR ORDER TO CONDUCT VIDEO DEPOSITION OF MATERIAL WITNESS:<br><br>**MARIA ELENA TORRERO SANCHEZ**<br>**A 76 379 808**<br>**Marshall Control No.: 05521-298** |

　　　　This matter comes before the court on the application of Wayne C. Mayer, Esq., attorney for material witness **MARIA ELENA TORRERO SANCHEZ**, for the parties to conduct a video deposition in this matter of the material witness, **MARIA ELENA TORRERO SANCHEZ** there being no responsible person who can and will act as surety for the above mentioned material witness.

/////

/////

/////

The parties hereto agree and stipulate to the conduct the Video Taped Deposition of the material witness **MARIA ELENA TORRERO SANCHEZ** on December 18, 2007 at 2:00 p.m.

IT IS SO STIPULATED:

 s/ Wayne C. Mayer
Wayne C. Mayer, Attorney for material witness
Maria Elena Torrero Sanchez

 s/ Mark Carlos
Mark Carlos, Attorney for defendant
Jorge Alberto Lugos Cisneros

 s/ Rebecca S. Kanter
Karen P. Hewitt United States Attorney
By Rebecca S. Kanter
Assistant United States Attorney

**GOOD CAUSE APPEARING**,

**IT IS HEREBY ORDERED** that the parties conduct and complete the video deposition of the material witness above referenced on or before December 19, 207 at 2:00 p.m.

Dated:_____    _____
                                                    THE HONORABLE BARBARA L. MAJOR
                                                    United States Magistrate Judge