**PROOF OF SERVICE**

Case Name:   U.S.A. vs. JORGE ALBERTO LUGOS CISNEROS

Case Number: 07 cr 3025 H

1. I am employed in the County of San Diego, State of California and over the age of eighteen years. I am not a party to the within action. My business address is 4619 Van Dyke Avenue, San Diego, California 92116.
2. I served the document(s) listed below on opposing counsel by causing to be delivered a efile copy thereof to the office of the Clerk, 880 Front Street, San Diego, California 92189.

Date Served:  December 6, 2007

Documents Served:

- STIPULATION FOR ORDER TO CONDUCT VIDEO DEPOSITION OF MATERIAL WITNESS: MARIA ELENA TORRERO SANCHEZ
- ORDER
- PROOF OF SERVICE

\Parties Served:   Rebecca Kantor, Assistant United States Attorney; Karen Hewitt, United States Attorney
I also caused an additional copy to be served by email and fax on the attorney(s):

Mark Carlos, Esq.                         Fax: 619-702-5415
Bardsley & Carlos
424 F Street, Ste. A
San Diego, CA 92101


Rebecca.Kantor@usdoj.gov
Rebecca Kantor, Esq.                      Fax: 619-235-2757
Assistant United States Attorney
880 Front Street, Fifth Floor
San Diego, CA 92101

Dated: December 6, 2007                   s/Wayne C. Mayer
                                          Wayne C. Mayer

07cr3025