1  Wayne C. Mayer
   Law Offices of Wayne C. Mayer
2  4619 Van Dyke Avenue
   San Diego, CA 92116
3  (619) 281-9263
   fax (619) 281-2963
4
   Attorney for Material Witness(es):  MARIA ELENA TORRERO-SANCHEZ

FILED
2007 DEC 20  AM 10: 20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                    DEPUTY

UNITED STATES DISTRICT COURT

Southern District of California

| UNITED STATES OF AMERICA, | ) Case No.: 07 CR 3025 H |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| vs. | ) RELEASE MATERIAL WITNESS(S): |
| JORGE ALBERTO LUGOS CISNEROS, | ) MARIA ELENA TORRERO SANCHEZ |
| Defendant. | ) Booking number: 05521-298 |

**DECLARATION IN SUPPORT OF ORDER RELEASING WITNESS**

I, Wayne C. Mayer, declare I the attorney appointed to represent the material witness in the above referenced criminal matter. This court ordered the parties to conduct a video taped deposition of the material witness **MARIA ELENA TORRERO SANCHEZ** in this matter. The parties conducted the video deposition of the material witness on December 19, 2007.

It is therefore appropriate to release the material witness from Marshall's custody to be returned to her country of origin.

I make this declaration under the penalty of perjury and the laws of the State of California

Dated: December 19, 2007

_____
Wayne C. Mayer
Attorney for Material Witness(es)

1)                                                    07 CR 3025 H

MARIA ELENA TORRERO SANCHEZ

**STIPULATION FOR RELEASE OF MATERIAL WITNESS**

The parties hereto hereby stipulate to the release of the material witness MARIA ELENA TORRERO SANCHEZ from Marshall's custody.

_____     December 19, 2007
Wayne S. Mayer
Attorney for Material Witness
**MARIA ELENA TORRERO**

_____ by Kristi M. Hein    December 19, 2007
Mark Carlos, Esq.
Attorney for Defendant
Jorge Alberto Lugos Cisneros

_____    December 19, 2007
~~Carol Lam~~, United States Attorney
By Rebecca Kantor, Esq
Assistant United States Attorney


ORDER

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that the following named person(s) heretofore committed to the custody of the United States Marshall as material witnesses be released from custody to Immigration or ICE:

**MARIA ELENA TORRERO SANCHEZ**
A 76 379 808
Marshall Control No.: 05521-298

Dated: 12/20/07       _____
                      United States Magistrate Judge
                      The Honorable Barbara L. Major