UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | CRIMINAL NO. 07CR3025 H |
| | ) ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| JORGE ALBERTO LUCIOS CISNEROS | ) ) ) | TO IMMIGRATION OR ICE |
| | ) | Booking No. |
| Defendant(s) | ) ) | |

On order of the United States District/(Magistrate) Judge, BARBARA L. MAJOR

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

MARIA ELENA TORRERO SANCHEZ

DATED: 12/20/2007

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.    Clerk

by R. Mueck
     Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082