1 Marc X. Carlos
BARDSLEY & CARLOS, LLP
2 California SBN 132987
424 "F" Street, Suite A
3 San Diego, CA 92101
Telephone: (619) 702-3226
4 Facsimile:   (619) 702-5415

5 Attorneys for Defendant
JORGE ALBERTO LUGOS-CISNEROS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CASE NO. 07CR3025-H |
|                    Plaintiff,              ) | |
|     v.                                     ) | **JOINT MOTION FOR CONTINUANCE OF MOTION HEARING** |
| JORGE ALBERTO LUGOS-CISNEROS, ) | |
|                    Defendant.            ) | |

   IT IS HEREBY STIPULATED AND AGREED between Rebecca S. Kanter, Assistant United States Attorney, and defendant JORGE ALBERTO LUGOS-CISNEROS, by and through his counsel, Marc X. Carlos, that the motion hearing for the above-named defendant currently scheduled for June 2, 2008 at 2:00 p.m. be continued to July 21, 2008 at 2:00 p.m. The reason for this request is that counsel has a scheduling conflict. In addition, counsel is set to start trial in the case of, U.S. v. Leonard Scaggs, (Case No. 06CR0206). On May 28, 2008 trial is scheduled to last to the third week of June. Assistant United States Attorney Rebecca S. Kanter has been notified of instant request and does not object.

///

///

07CR3025-H

1  //

2        IT IS SO STIPULATED AND AGREED.

3

4
   Date:  05/23/2008                    S/Marc X. Carlos
5                                       MARC X. CARLOS
                                        Attorney for
6                                       JORGE ALBERTO LUGOS-CISNEROS

7

8  Date:  05/23/2008                    S/Rebecca S. Kanter
                                        REBECCA S. KANTER
9                                       Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28