**CERTIFICATE OF SERVICE**

**U.S. v. Jorge Alberto Lugos-Cisneros**
**Case No. 07CR3025-H**

Counsel for Defendant Jorge Alberto Lugos-Cisneros hereby certifies that on this date copies of Defendant's Joint Motion for Continuance of Motion Hearing were served electronically upon the following attorneys:

AUSA, Rebecca S. Kanter

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 23, 2008, at San Diego, California.

s/ Marc X. Carlos
Marc X. Carlos