# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　Plaintiff,  )<br>　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　 )<br>　　　　　　　　　　　　　)<br>**JORGE ALBERTO LUGOS-CISNEROS**,  )<br>　　　　　　　Defendants.  )<br>_____) | NO. 07CR3025-H<br><br>**ORDER CONTINUING MOTION HEARING** |

IT IS HEREBY ORDERED that Defendant JORGE ALBERTO LUGOS-CISNEROS motion hearing currently scheduled for June 2, 2008 at 2:00 p.m. be continued to **July 21, 2008 at 2:00 p.m..** The defendant is currently in custody, and the Court finds there is excludable time under the Speedy Trial Act.

IT IS SO ORDERED.

Date: May 28, 2008

_____
**MARILYN L. HUFF, District Judge**
**UNITED STATES DISTRICT COURT**