1  KAREN P. HEWITT
   United States Attorney
2  REBECCA S. KANTER
   Assistant United States Attorney
3  California State Bar No. 230257
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6747
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                    UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,        )    Criminal Case No. 07cr3025-H
                                     )
12                      Plaintiff,   )    **STIPULATION OF FACT AND JOINT**
                                     )    **MOTION FOR RELEASE OF**
13              v.                   )    **MATERIAL WITNESS(ES) AND**
                                     )    **ORDER THEREON**
14  JORGE ALBERTO LUGOS-CISNEROS,    )
                                     )
15                      Defendant.   )
                                     )
16  ─────────────────────────────── )

17        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19  Rebecca S. Kanter, Assistant United States Attorney and defendant JORGE ALBERTO LUGOS-

20  CISNEROS, by and through and with the advice and consent of defense counsel, Marc X. Carlos,

21  Esq., that:

22        1.      Defendant agrees to execute this stipulation at the next court appearance and to

23  participate in a full and complete inquiry by the Court into whether defendant knowingly,

24  intelligently and voluntarily entered into it. Defendant agrees further to plead guilty to count two

25  of the Indictment charging defendant with a non-mandatory minimum count of Transportation of

26  Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(II).

27        2.      Defendant acknowledges receipt of a plea agreement in this case and agrees to

28  provide the signed, original plea agreement to the Government by Friday, March 28, 2008.

          3.      Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

1    before April 1, 2008.

2        4.    The material witnesses in this case, Maria Elena Torrero-Sanchez, Jesus Benavidez-

3    Ayala, and Luis Alberto Castro-Benavides:

4            a.    Are aliens with no lawful right to enter or remain in the United States;

5            b.    Entered or attempted to enter the United States illegally on or about October,

6    22, 2007;

7            c.    Were guided by Defendant into the United States at a place other than a

8    designated port of entry and that Defendant knew or acted in reckless disregard of the fact that they

9    were aliens with no lawful right to enter or remain in the United States;

10           d.    Were paying between $2,000 and $3,000 to Defendant or others to be brought

11   into the United States illegally and/or transported illegally to their destination therein; and,

12           e.    May be released and remanded immediately to the Department of Homeland

13   Security for return to their country of origin.

14       5.    After the material witnesses are ordered released by the Court pursuant to this

15   stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

16   reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

17   including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

18           a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

19   substantive evidence;

20           b.    The United States may elicit hearsay testimony from arresting agents

21   regarding any statements made by the material witness(es) provided in discovery, and such testimony

22   shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

23   of (an) unavailable witness(es); and,

24           c.    Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004),

25   "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

26   and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

27   waives the right to confront and cross-examine the material witness(es) in this case.

28   Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. Jorge Alberto Lugos-Cisneros          2                              07cr3025-H

1    6.    By signing this stipulation and joint motion, defendant certifies that defendant has

2  read it. Defendant certifies further that defendant has discussed the terms of this stipulation and joint

3  motion with defense counsel and fully understands its meaning and effect.

4    Based on the foregoing, the parties jointly move the stipulation into evidence and for the

5  immediate release and remand of the above-named material witness(es) to the Department of

6  Homeland Security for return to their country of origin.

7    It is STIPULATED AND AGREED this date.

8    Respectfully submitted,

9    KAREN P. HEWITT
     United States Attorney

10

11  Dated: 5/20/08 .

12    REBECCA S. KANTER
      Assistant United States Attorney

13  Dated: 5/15/08 .

14    MARC X. CARLOS
      Defense Counsel for LUGOS-CISNEROS

15

16  Dated: 5/15/08 .    Jorge Alberto Lugo Cisneros
                        JORGE ALBERTO LUGOS-CISNEROS

17    Defendant

18

19

20

21

22

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Jorge Alberto Lugos-Cisneros    3    07cr3025-H

1

## O R D E R

2   Upon joint application and motion of the parties, and for good cause shown,

3   **THE STIPULATION** is admitted into evidence, and,

4   **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5   forthwith to the Department of Homeland Security for return to their country of origin.

6   **SO ORDERED.**

7

8   Dated: _6/17/08_ .

United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jorge Alberto Lugos-Cisneros          4                                 07cr3025-H