1  Marc X. Carlos
   BARDSLEY & CARLOS, LLP
2  California SBN 132987
   424 "F" Street, Suite A
3  San Diego, CA  92101
   Telephone: (619) 702-3226
4  Facsimile:   (619) 702-5415

5  Attorneys for Defendant
   JORGE ALBERTO LUGOS-CISNEROS

6

7
                    **UNITED STATES DISTRICT COURT**
8
                  **SOUTHERN DISTRICT OF CALIFORNIA**
9
                   **(HONORABLE MARILYN L. HUFF)**
10

11

12
   UNITED STATES OF AMERICA,              )      CASE NO. 07CR3025-H
13                                          )
                 Plaintiff,                 )
14                                          )      **JOINT MOTION FOR**
        v.                                  )      **CONTINUANCE OF**
15                                          )      **SENTENCING HEARING**
                                            )
16  JORGE ALBERTO LUGOS-CISNEROS,           )
                                            )
17                                          )
                 Defendant.                 )
18  _____)

19       IT IS HEREBY STIPULATED AND AGREED between Rebecca S. Kanter, Assistant

20  United States Attorney, and defendant JORGE ALBERTO LUGOS-CISNEROS, by and through his

21  counsel, Marc X. Carlos, that the sentencing hearing for the above-named defendant currently

22  scheduled for September 15, 2008 at 9:00 a.m. be continued to November 10, 2008 at 9:00 a.m. The

23  reason for this request is that counsel has a scheduling conflict.  Assistant United States Attorney

24  Rebecca S. Kanter has been notified of instant request and does not object.

25  ///

26  ///

27

28  //

                                                              07CR3025-H

1      IT IS SO STIPULATED AND AGREED.

2

3
Date:   09/10/2008                              S/Marc X. Carlos
4                                               MARC X. CARLOS
                                                Attorney for
5                                               JORGE ALBERTO LUGOS-CISNEROS

6

7   Date:   09/10/2008                          S/Rebecca S. Kanter
                                                REBECCA S. KANTER
8                                               Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28