# CERTIFICATE OF SERVICE

**U.S. v. Jorge Alberto Lugos-Cisneros**
**Case No. 07CR3025-H**

    Counsel for Defendant Jorge Alberto Lugos-Cisneros hereby certifies that on this date copies of Defendant's Joint Motion for Continuance of Sentencing Hearing were served electronically upon the following attorneys:

    AUSA, Rebecca S. Kanter

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 10, 2008, at San Diego, California.


                                s/ Marc X. Carlos
                                  Marc X. Carlos