# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO. 07CR3025-H |
| ) | |
| ) | **ORDER CONTINUING** |
| ) | **SENTENCING HEARING** |
| v. ) | |
| ) | |
| JORGE ALBERTO LUGOS-CISNEROS, ) | |
| ) | |
| Defendant. ) | |

Good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant JORGE ALBERTO LUGOS-CISNEROS, who is currently in custody at CCA, sentencing hearing is scheduled for September 15, 2008 at 9:00 a.m. be continued to **November 10, 2008 at 9:00 a.m..**  The court finds that time is excludable under the Speedy Trial Act.

IT IS SO ORDERED.

Date: September 12, 2008

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE